1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9  ERIC GILBERT,

10          Plaintiff,

11      v.

12  NORDSTROM, INC.; NAVY ACQUISITION
13  CO., INC.; NORSE HOLDINGS, INC.; ERIK
    B. NORDSTROM; PETER E. NORDSTROM;
14  JAMES L. DONALD; KIRSTEN A. GREEN;
    GLENDA G. MCNEAL; AMIE THUENER
15  O'TOOLE; GUY B. PERSAUD; ERIC D.
    SPRUNK; BRADLEY D. TILDEN; MARK J.
16  TRITTON; ATTICUS N. TYSEN; EL
17  PUERTO DE LIVERPOOL S.A.B. DE C.V.,

18          Defendants.

Case No. 25-cv-00568

**ORDER GRANTING IN PART EX
PARTE MOTION TO EXPEDITE
BRIEFING AND NOTATION DATE
FOR EXPEDITED DISCOVERY
AHEAD OF SETTING OF MERGER
VOTE**

19
20
21
22
23
24
25
26
27
28

THIS MATTER comes before the Court on the *ex parte* motion for Plaintiff Eric Gilbert for leave to expedite discovery, including briefing, on Defendants Nordstrom, Inc., Erik. B. Nordstrom, Peter B. Nordstrom, and El Puerto de Liverpool S.A.B. de C.V. (Defendants).  Dkt. # 23.  The Court GRANTS the motion in part as to its request for expedited briefing.  The Court ORDERS:

- Plaintiff to give notice to Defendants' known counsel of his motion, Dkt. # 23, and this Order immediately. Defendants shall file any opposition(s) to the Motion and Discovery Requests by Wednesday, April 9, 2025.  Plaintiff may file a reply by Thursday, April 10, 2025.

Dated this 8th day of April 2025.

John H. Chun
United States District Judge

ORDER GRANTING IN PART MOTION TO EXPEDITE
CASE NO. 25-cv-00568