THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC GILBERT,

        Plaintiff,

v.

NORDSTROM, INC.; NAVY ACQUISITION CO., INC.; NORSE HOLDINGS, INC.; ERIK B. NORDSTROM; PETER E. NORDSTROM; JAMES L. DONALD; KIRSTEN A. GREEN; GLENDA G. MCNEAL; AMIE THUENER O'TOOLE; GUY B. PERSAUD; ERIC D. SPRUNK; BRADLEY D. TILDEN; MARK J. TRITTON; ATTICUS N. TYSEN; EL PUERTO DE LIVERPOOL S.A.B. DE C.V.,

        Defendants.

No. C25-0568JHC

[PROPOSED] ORDER (1) DENYING PLAINTIFF'S EX PARTE MOTION TO EXPEDITE BRIEFING AND (2) SETTING BRIEFING SCHEDULE FOR POTENTIAL PRELIMINARY INJUNCTION MOTION

The Court has considered Plaintiff Eric Gilbert's Ex Parte Motion to Expedite Briefing, together with all papers filed in support thereof and opposition thereto. Being fully advised, the Court hereby orders as follows:

    1.    Plaintiff's motion is DENIED.

    2.    The following schedule will govern any preliminary injunction motion Plaintiff elects to file:

[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO EXPEDITE AND IMPOSING PRELIMINARY INJUNCTION BRIEFING SCHEDULE (NO. C25-0568JHC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| April 11, 2025 | Deadline for Plaintiff to file preliminary injunction motion |
| April 25, 2025 | Deadline for Defendants to respond to preliminary injunction motion |
| April 28, 2025 (by 12 Noon) | Deadline for Plaintiff to reply in support of preliminary injunction motion |
| _____, 2025 | Oral argument on preliminary injunction motion |

3. No Defendant is required to answer or otherwise respond to Plaintiff's Complaint until 60 days after the Court rules on a preliminary injunction motion.

DATED this _____ day of April 2025.

_____
The Honorable John H. Chun
United States District Judge

Presentation Information
on Following Page

[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO EXPEDITE AND IMPOSING PRELIMINARY INJUNCTION BRIEFING SCHEDULE
(NO. C25-0568JHC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| 1 | PRESENTED BY: |

PRESENTED BY:

s/ *Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKnowles@perkinscoie.com
E-mail: JBringman@perkinscoie.com

Jim Ducayet (admitted pro hac vice)
**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
E-mail: JDucayet@sidley.com

Charlotte K. Newell (admitted pro hac vice)
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212.839.5300
E-mail: CNewell@sidley.com

s/ *Robin E. Wechkin*
Robin E. Wechkin, WSBA No. 24756
**Sidley Austin LLP**
8426 316th Pl SE
Issaquah, WA 98027-8767
Telephone: 415.439.1799
E-mail: rwechkin@sidley.com

*Attorneys for Defendants Nordstrom, Inc., James L. Donald, Kirsten A. Green, Glenda G. McNeal, Amie Thuener O'Toole, Guy B. Persaud, Eric D. Sprunk, Bradley D. Tilden, Mark J. Tritton, and Atticus N. Tysen*

[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO EXPEDITE AND IMPOSING PRELIMINARY INJUNCTION BRIEFING SCHEDULE
(NO. C25-0568JHC) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000