1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9 | ERIC GILBERT,

No. C25-0568 JHC

10 |                Plaintiff,

STIPULATION AND ORDER TO
EXTEND TIME FOR ALL
DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO
VERIFIED STOCKHOLDER CLASS
ACTION COMPLAINT

11 |      v.

12 | NORDSTROM, INC.; NAVY ACQUISITION
CO., INC.; NORSE HOLDINGS, INC.; ERIK B.

13 | NORDSTROM; PETER E. NORDSTROM;
JAMES L. DONALD; KIRSTEN A. GREEN;

NOTE FOR MOTION CALENDAR:
Monday, April 21, 2025

14 | GLENDA G. MCNEAL; AMIE THUENER
O'TOOLE; GUY B. PERSAUD; ERIC D.

15 | SPRUNK; BRADLEY D. TILDEN; MARK J.
TRITTON; ATTICUS N. TYSEN; EL PUERTO

16 | DE LIVERPOOL S.A.B. DE C.V.

17 |                Defendants.

18

19 |                          **I.     STIPULATION**

20       Plaintiff Eric Gilbert and all Defendants ("Defendants"), through their undersigned counsel

21 | of record, hereby stipulate and agree as follows:

22       WHEREAS, on March 31, 2025, Plaintiff filed the Verified Stockholder Class Action

23 | Complaint ("Complaint") in the above-captioned matter;

24       WHEREAS, in light of the dates of service of the Complaint and the related summonses,

25 | the deadlines for the defendants who have been served to answer or move to dismiss the Complaint

26 | range from April 23, 2025, to April 29, 2025; and

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER OR RESPOND TO VERIFIED STOCKHOLDER
CLASS ACTION COMPLAINT – 1
(No. C25-0568 JHC)

1    WHEREAS, Plaintiff has moved for a preliminary injunction and the Court, by Order dated

2  April 11, 2025, ECF No. 47, has established a schedule for briefing the motion for preliminary

3  injunction.

4    NOW THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED

5  AND AGREED, by and between the undersigned counsel for the parties identified below, subject

6  to Court approval, as follows:

7    1.    Defendants must answer, move to dismiss, or otherwise respond to the Complaint

8  sixty (60) days after the Court enters an Order deciding the motion for preliminary injunction.

9    2.    Nothing herein shall be deemed to constitute a waiver of any rights, defenses,

10  objections or any other application to any court that any party may have with respect to the claims

11  set forth in the Complaint.

12    STIPULATED AND DATED this 21st day of April, 2025.

13

14    [Signatures on following pages]

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER OR RESPOND TO VERIFIED STOCKHOLDER
CLASS ACTION COMPLAINT – 2
(No. C25-0568 JHC)

1

2   s/ *Steve W. Berman (as authorized by email)*
    Steve W. Berman, WSBA #12536
3   **HAGENS BERMAN SOBOL SHAPIRO
    LLP**
4   1301 Second Avenue, Suite 2000
    Seattle, WA 98101
5   Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
6   steve@hbsslaw.com

7
    Reed R. Kathrein
8   **HAGENS BERMAN SOBOL SHAPIRO
    LLP**
9   715 Hearst Avenue, Suite 300
    Berkeley, CA 94710
10  Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
11  reed@hbsslaw.com

12
    s/ *Jason Leviton (as authorized by email)*
13  Jason Leviton, WSBA #34106 (voluntarily
    inactive)
14  **BLOCK & LEVITON LLP**
    260 Franklin St. Suite 1860
15  Boston, MA 021110
    (617) 398-5600
16  Email: jason@blockleviton.com

17
    Kimberly A. Evans
18  Lindsay K. Faccenda
    Daniel M. Baker
19  **BLOCK & LEVITON LLP**
    222 Delaware Avenue, Suite 1120
20  Wilmington, DE 19801
    (302) 499-3600
21  Email: kim@blockleviton.com
    Email: lindsay@blockleviton.com
22  Email: daniel@blockleviton.com

23

24

25

26

s/ *Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKnowles@perkinscoie.com
E-mail: JBringman@perkinscoie.com

James W. Ducayet (admitted pro hac vice)
**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
E-mail: JDucayet@sidley.com

Charlotte K. Newell (admitted pro hac vice)
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212.839.5300
E-mail: CNewell@sidley.com

s/ *Robin E. Wechkin*
Robin E. Wechkin, WSBA No. 24756
**Sidley Austin LLP**
8426 316th Pl SE
Issaquah, WA 98027-8767
Telephone: 415.439.1799
E-mail: rwechkin@sidley.com

*Attorneys for Defendants Nordstrom, Inc.,
James L. Donald, Kirsten A. Green, Glenda
G. McNeal, Amie Thuener O'Toole, Guy B.
Persaud, Eric D. Sprunk, Bradley D. Tilden,
Mark J. Tritton, and Atticus N. Tysen*

1

2

3

4

Ned Weinberger
**LABATON KELLER SUCHAROW LLP**
222 Delaware Ave., Suite 1510
Wilmington, DE 19801
(302) 573-2540
Email: nweinberger@labaton.com

5

6

7

8

John Vielandi
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0700
Email: jvielandi@labaton.com

9

10

11

12

13

D. Seamus Kaskela
Adrienne Bell
**KASKELA LAW LLC**
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
(484) 258-1585
Email: skaskela@kaskelalaw.com
Email: abell@kaskelalaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

*Attorneys for Plaintiff*

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ Robert J. Maguire (as authorized by email)*
Robert J. Maguire, WSBA #29909
Rachel H. Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
robmaguire@dwt.com
rachelherd@dwt.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Daniel W. Halston (admitted pro hac vice)
Robert K. Smith (admitted pro hac vice)
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000
daniel.halston@wilmerhale.com
robert.smith@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Tania C. Matsuoka (admitted pro hac vice)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-230-8800
Fax: 212-230-8888
tania.matsuoka@wilmerhale.com

*Attorneys for Defendants Navy Acquisition Co. Inc., Norse Holdings, Inc., Erik B. Nordstrom, and PeterE. Nordstrom*

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER OR RESPOND TO VERIFIED STOCKHOLDER
CLASS ACTION COMPLAINT – 4
(No. C25-0568 JHC)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ Robert J. Maguire (as authorized by email)*
Robert J. Maguire, WSBA #29909
Rachel H. Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
robmaguire@dwt.com
rachelherd@dwt.com

**SIMPSON THACHER & BARTLETT LLP**
Stephen P. Blake (admitted  pro hac vice)
Eric C. McCaffree (admitted  pro hac vice)
2475 Hanover Street
Palo Alto, CA 94304
Tel: 650-251-5000
Fax: 650-251-5002
sblake@stblaw.com
eric.mccaffree@stblaw.com

*Attorneys for Defendant El Puerto de Liverpool S.A.B. de C.V.*

## II.    ORDER

Based on the foregoing stipulation, IT IS SO ORDERED. The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to sixty (60) days after the Court enters an Order deciding Plaintiff's impending motion for preliminary injunction.

DATED this 21st day of April, 2025.

_____
John H. Chun
United States District Judge

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER OR RESPOND TO VERIFIED STOCKHOLDER
CLASS ACTION COMPLAINT – 5
(No. C25-0568 JHC)