UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC GILBERT,<br><br>            Plaintiff,<br><br>   v.<br><br>NORDSTROM, INC.; NAVY ACQUISITION CO., INC.; NORSE HOLDINGS, INC.; ERIK B. NORDSTROM; PETER E. NORDSTROM; JAMES L. DONALD; KIRSTEN A. GREEN; GLENDA G. MCNEAL; AMIE THUENER O'TOOLE; GUY B. PERSAUD; ERIC D. SPRUNK; BRADLEY D. TILDEN; MARK J. TRITTON; ATTICUS N. TYSEN; EL PUERTO DE LIVERPOOL S.A.B. DE C.V.,<br><br>            Defendants. | No. C25-0568JHC<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SEAL THE COMPLAINT |

This matter comes before the Court on Plaintiffs' Motion to Provisionally Seal Portions of Verified Stockholder Class Action Complaint (Dkt. #2) (the "Motion"). Having fully considered the parties' briefing and the relevant record, including the Response to the Motion filed by Defendants Nordstrom, Inc. ("Nordstrom") and the Independent Directors,[1] and the Declaration of Ann Munson Steines, the Court GRANTS the Motion in part as follows:

---

[1] The Independent Directors are Defendants James L. Donald, Kirsten A. Green, Glenda G. McNeal, Amie Thuener O'Toole, Guy B. Persaud, Eric D. Sprunk, Bradley D. Tilden, Mark J. Tritton, and Atticus N. Tysen.

ORDER
(No. C25-0568JHC)

(a) The Clerk shall maintain a copy of the verified consolidated shareholder complaint (Dkt. #1) under seal until further order of the Court;

(b) Within five (5) court days of this Order, Plaintiff shall file for the public docket an amended Complaint that removes all redactions <u>except with respect to</u>:

    a. The last three sentences of paragraph 120;

    b. The first sentence of paragraph 121; and

    c. The second sentence of paragraph 124.

DATED this 22nd day of April 2025.

                                                     John H. Chun
                                                   United States District Judge

ORDER
(No. C25-0568JHC) –2