1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8 **AT SEATTLE**

9 | ERIC GILBERT, | Case No. 25-cv-00568-JHC

10 | Plaintiff, | **STIPULATED MOTION TO FILE**
**OMNIBUS REPLY TO DEFENDANTS'**
11 | v. | **OPPOSITIONS TO MOTION FOR**
**PRELIMINARY INJUNCTION &**
12 | NORDSTROM, INC.; NAVY ACQUISITION | **ORDER**
CO., INC.; NORSE HOLDINGS, INC.; ERIK
13 | B. NORDSTROM; PETER E. NORDSTROM; | **NOTE ON MOTION CALENDAR:**
JAMES L. DONALD; KIRSTEN A. GREEN; | **April 28, 2025**
14 | GLENDA G. MCNEAL; AMIE THUENER
O'TOOLE; GUY B. PERSAUD; ERIC D.
15 | SPRUNK; BRADLEY D. TILDEN; MARK J.
TRITTON; ATTICUS N. TYSEN; EL
16 | PUERTO DE LIVERPOOL S.A.B. DE C.V.,

17 | Defendants.

18

19

20

21

22

23

24

25

26

27

28

The parties file this stipulated motion pursuant to LCR 7(f) and 10(g).

On April 11, 2025, the Court issued an order on a briefing schedule on Plaintiff Eric Gilbert's motion for a preliminary injunction setting the deadline for Plaintiff to file its motion on April 18, 2025, for Defendants to respond by April 25, 2025, and Plaintiff to reply by April 29, 2025. Dkt. 47. Plaintiff filed his motion on April 18, 2025. Dkt. 57 (Sealed), 58. On April 25, 2025, Defendants Nordstrom, Inc. and the Independent Directors filed a brief in opposition (Dkt.65) to Plaintiff's motion, and the Buyer Defendants filed their own separate brief. Dkt. 70.

LCR 7(e)(3) permits Plaintiff to file a single 4,200 word brief in response to each of Defendants' oppositions. Plaintiff, however, believes one single omnibus brief, responding to both of the Defendants' briefs, would be more cohesive, understandable and efficient.

Accordingly, Plaintiff seeks this Court's permission to file one omnibus brief in response to the two oppositions filed by Defendants with no more than 8,400 words.

Defendants do not oppose Plaintiffs' request and therefore stipulate to this motion.

DATED: April 28, 2025                          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Steve W. Berman
    Steve W. Berman, WSBA #12536
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Reed R. Kathrein
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: reed@hbsslaw.com

1

/s/ *Jason Leviton*
Jason Leviton, WSBA #34106 (*voluntarily inactive*)
**BLOCK & LEVITON LLP**
260 Franklin St. Suite 1860
Boston, MA 021110
Telephone: (617) 398-5600
Email: jason@blockleviton.com

Kimberly A. Evans
Lindsay K. Faccenda
Daniel M. Baker
**BLOCK & LEVITON LLP**
222 Delaware Avenue, Suite 1120
Wilmington, DE 19801
Telephone: (302) 499-3600
Email: kim@blockleviton.com
Email: lindsay@blockleviton.com
Email: daniel@blockleviton.com

Ned Weinberger
Michael C. Wagner
**LABATON KELLER SUCHAROW LLP**
222 Delaware Ave., Suite 1510
Wilmington, DE 19801
Telephone: (302) 573-2540
Email: nweinberger@labaton.com
        mwagner@labaton.com

John Vielandi
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Email: jvielandi@labaton.com

Joel Fleming
Amanda Crawford
**EQUITY LITIGATION GROUP LLP**
1 Washington Mall #1307
Boston, MA 02108
(t) 617.468.8602
jfleming@equitylitigation.com
acrawford@equitylitigation.com

Jeremy S. Friedman
David F.E. Tejtel
Alexander M. Krischik
**FRIEDMAN OSTER & TEJTEL PLLC**

493 Bedford Center Road, Suite 2D
Bedford Hills, NY 10507
Telephone: (888) 529-1108
Email: jfriedman@fotpllc.com
Email: dtejtel@fotpllc.com
Email: akrischik@fotpllc.com

*Attorneys for Plaintiff*

PERKINS COIE LLP

By *s/ Sean C. Knowles*
    Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKnowles@perkinscoie.com
E-mail: JBringman@perkinscoie.com

James W. Ducayet (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
E-mail: JDucayet@sidley.com

Charlotte K. Newell (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: 212.839.5300
E-mail: CNewell@sidley.com

*s/ Robin E. Wechkin*
Robin E. Wechkin, WSBA No. 24756
SIDLEY AUSTIN LLP
8426 316th Pl SE
Issaquah, WA 98027-8767
Telephone: 415.439.1799
E-mail: rwechkin@sidley.com

*James L. Donald, Kirsten A. Green, Glenda G.
McNeal, Amie Thuener O'Toole, Guy B. Persaud,
Eric D. Sprunk, Bradley D. Tilden, Mark J. Tritton,
and Atticus N. Tysen*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DAVIS WRIGHT TREMAINE LLP**

By *s/ Robert J. Maguire*
    Robert J. Maguire, WSBA #29909
Rachel H. Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
robmaguire@dwt.com
rachelherd@dwt.com

Daniel W. Halston (*pro hac vice*)
Robert K. Smith (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000
daniel.halston@wilmerhale.com
robert.smith@wilmerhale.com

Tania C. Matsuoka (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-230-8800
Fax: 212-230-8888
tania.matsuoka@wilmerhale.com

*Attorneys for Defendants Navy Acquisition Co. Inc., Norse Holdings, Inc., Erik B. Nordstrom, and Peter E. Nordstrom*

Stephen P. Blake (*pro hac vice*)
Eric McCaffree (*pro hac vice*)
**SIMPSON THACHER & BARTLETT LLP**
2475 Hanover Street
Palo Alto, California 94304
Tel: (650) 251-5000
Fax: (650) 251-5002
sblake@stblaw.com
eric.mccaffree@stblaw.com

*Attorneys for Defendant El Puerto de Liverpool S.A.B. de C.V.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED this 28th day of April, 2025.

*s/ Steve W. Berman*
Steve W. Berman

**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

I hereby certify that this memorandum contains 173 words, excluding the caption, table of contents, table of authorities, signature blocks, and certificate of service, in compliance with the Local Civil Rules.

DATED this 18th day of April, 2025.

*s/ Steve W. Berman*
Steve W. Berman

**ORDER**

IT IS SO ORDERED.

DATED: April 28, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE