UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC GILBERT,<br><br>          Plaintiff,<br><br>   v.<br><br>NORDSTROM, INC.; NAVY ACQUISITION CO., INC.; NORSE HOLDINGS, INC.; ERIK B. NORDSTROM; PETER E. NORDSTROM; JAMES L. DONALD; KIRSTEN A. GREEN; GLENDA G. MCNEAL; AMIE THUENER O'TOOLE; GUY B. PERSAUD; ERIC D. SPRUNK; BRADLEY D. TILDEN; MARK J. TRITTON; ATTICUS N. TYSEN; EL PUERTO DE LIVERPOOL S.A.B. DE C.V.,<br><br>          Defendants. | No. 2:25-cv-00568-JHC<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SEAL PORTIONS OF MOTION FOR PRELIMINARY INJUNCTION AND CERTAIN EXHIBITS TO DECLARATION OF REED R. KATHREIN IN SUPPORT THEREOF |

This matter comes before the Court on Plaintiff's Motion to Provisionally Seal Portions of Motion for Preliminary Injunction and Certain Exhibits to Declaration of Reed R. Kathrein in Support Thereof. Dkt. # 56. Having fully considered the parties' briefing and the relevant record, including the Response to the Motion filed by Defendants Nordstrom, Inc. ("Nordstrom") and the Independent Directors,[1] the Court GRANTS the Motion in part as follows:

---

[1] The Independent Directors are Defendants James L. Donald, Kirsten A. Green, Glenda G. McNeal, Amie Thuener O'Toole, Guy B. Persaud, Eric D. Sprunk, Bradley D. Tilden, Mark J. Tritton, and Atticus N. Tysen.

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO SEAL
(NO. C25-0568JHC) – 1

1. Within five (5) court days of this Order, Plaintiff shall file for the public docket unsealed versions of the following documents, redacted as indicated:

   a. Plaintiff's Exhibit 29 to the Declaration of Reed R. Kathrein (ECF No. 59), redacting both sentences in the fourth paragraph on the first page (Bates stamp ending in -148); and

   b. Plaintiff's Exhibit 31 to the Declaration of Reed R. Kathrein (ECF No. 59), redacting the second and third sentences of the first full, unredacted paragraph on the second page (Bates stamp ending in -191).

2. Within five (5) court days of this Order, Plaintiff shall file for the public docket unsealed and unredacted versions of the Motion for Preliminary Injunction (ECF No. 57), the Declaration of Reed R. Kathrein (ECF No. 59), and all exhibits to the Declaration of Reed R. Kathrein (ECF No. 59) other than Exhibits 29 and 31.

DATED this 12th day of May, 2025.

*John H. Chun*
John H. Chun
United States District Judge