UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC GILBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>NORDSTROM, INC.; NAVY ACQUISITION CO., INC.; NORSE HOLDINGS, INC.; ERIK B. NORDSTROM; PETER E. NORDSTROM; JAMES L. DONALD; KIRSTEN A. GREEN; GLENDA G. MCNEAL; AMIE THUENER O'TOOLE; GUY B. PERSAUD; ERIC D. SPRUNK; BRADLEY D. TILDEN; MARK J. TRITTON; ATTICUS N. TYSEN; EL PUERTO DE LIVERPOOL S.A.B. DE C.V.,<br><br>        Defendants. | No. C25-0568JHC<br><br>ORDER GRANTING NORDSTROM, INC. AND THE INDEPENDENT DIRECTORS' MOTION TO SEAL PORTIONS OF EXHIBIT 2 IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

This matter comes before the Court on Defendants Nordstrom, Inc. and its Independent Directors' Motion to Seal Portions of Exhibit 2 to the Declaration of Eric Sprunk in Support of Their Opposition to Plaintiff's Motion for Preliminary Injunction. Dkt. # 67. The motion is unopposed.

Having fully considered the materials submitted in connection with the motion and the rest of the case file, the Court GRANTS the Motion as follows:

ORDER GRANTING MOTION TO SEAL OF
NORDSTROM, INC. AND THE INDEPENDENT
DIRECTORS
(NO. C25-0568JHC) – 1

The second and third sentences of the first full, unredacted paragraph on page 2 of Exhibit 2 (bates stamp ending in -191) attached to the Declaration of Eric Sprunk in Support of the Company Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction shall remain under seal.

DATED this 16th day of May, 2025.

*John H. Chun*
John H. Chun
United States District Judge