UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC GILBERT,<br><br>        Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.; NAVY ACQUISITION CO., INC.; NORSE HOLDINGS, INC.; ERIK B. NORDSTROM; PETER E. NORDSTROM; JAMES L. DONALD; KIRSTEN A. GREEN; GLENDA G. MCNEAL; AMIE THUENER O'TOOLE; GUY B. PERSAUD; ERIC D. SPRUNK; BRADLEY D. TILDEN; MARK J. TRITTON; ATTICUS N. TYSEN; EL PUERTO DE LIVERPOOL S.A.B. DE C.V.<br><br>        Defendants. | No. C25-0568-JHC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROVISIONALLY SEAL PORTIONS OF REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND CERTAIN EXHIBITS TO DECLARATION OF REED R. KATHREIN IN SUPPORT THEREOF |

This matter comes before the Court on Plaintiff's Motion to Provisionally Seal Portions of Reply in Support of Motion for Preliminary Injunction and Certain Exhibits to Declaration of Reed R. Kathrein in Support Thereof. Dkt. # 75. Having fully considered the parties' briefing and the relevant record, the Court DENIES the Motion. Within five (5) court days of this Order, Plaintiff shall file for the public docket an unsealed and unredacted version of his Reply in Support of Motion for Preliminary Injunction (Dkt. # 76).

ORDER DENYING PLAINTIFF'S
MOTION TO SEAL
CASE NO. C25-0568-JHC – 1

DATED this 21st day of May, 2025.

_____
John H. Chun
United States District Judge