|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| ERIC GILBERT, | Case No. 2:25-cv-00568-JHC |
|---|---|
| Plaintiff, | **ORDER RE: AQR ARBITRAGE, LLC, METEORA SELECT TRADING OPPORTUNITIES MASTER, L.P., AND VLADIMIR GUSINSKY REVOCABLE TRUST'S MOTION TO INTERVENE** |
| v. |  |
| NORDSTROM, INC.; NAVY ACQUISITION CO., INC.; NORSE HOLDINGS, INC.; ERIK B. NORDSTROM; PETER E. NORDSTROM; JAMES L DONALD' KIRSTEN A. GREEN; GLENDA G. MCNEAL; AMIE THUENER O'TOOLE; GUY B. PERSAUD; ERIC D. SPRUNK; BRADLEY D. TILDEN; MARK J. TRITTON; ATTICUS N. TYSEN; EL PUERTO DE LIVERPOOL S.A.B. DE C.V., |  |
| Defendants. |  |

THIS MATTER comes before the Court on AQR Arbitrage, LLC, Meteora Select Trading Opportunities Master, L.P., and Vladimir Gusinsky Revocable Trust's (together, Proposed Intervenors) Motion to Intervene.  Dkt. # 88.  The Court has considered the materials filed in support of and in response to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion as to intervention and DENIES it without prejudice as to the stay request.

//

//

ORDER RE: MTN.
TO INTERVENE - 1
CASE NO. 25-cv-00568-JHC

DATED this 12th day of June 2025.

_John H. Chun_
John H. Chun
UNITED STATES DISTRICT JUDGE