UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC GILBERT,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.; NAVY ACQUISITION CO., INC.; NORSE HOLDINGS, INC.; ERIK B. NORDSTROM; PETER E. NORDSTROM; JAMES L. DONALD; KIRSTEN A. GREEN; GLENDA G. MCNEAL; AMIE THUENER O'TOOLE; GUY B. PERSAUD; ERIC D. SPRUNK; BRADLEY D. TILDEN; MARK J. TRITTON; ATTICUS N. TYSEN; EL PUERTO DE LIVERPOOL S.A.B. DE C.V.,<br><br>Defendants. | No. C25-0568-JHC<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INTERVENORS' MOTION TO STAY |

### I.   STIPULATION

Intervenors AQR Arbitrage, LLC; Meteora Select Trading Opportunities Master, L.P.; and the Vladimir Gusinsky Revocable Trust ("Intervenors") and all Defendants ("Defendants"), through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, on June 18, 2025, Intervenors filed their motion to stay this action (ECF No. 99), and noted their motion to stay for July 9, 2025;

WHEREAS, in accord with Local Rules W.D. Wash. LCR 7(d)(3), the deadline to submit responses to the motion to stay is July 3, 2025;

STIPULATION AND ORDER TO EXTEND TIME
FOR RESPONSES TO INTERVENORS' MOTION
TO STAY
(No. C25-0568-JHC)


WHEREAS, on June 20, 2025, plaintiff Eric Gilbert filed his notice of voluntary dismissal of this action (ECF No. 101);

WHEREAS, on June 25, 2025, the Court issued its notice that Plaintiff Gilbert had been terminated pursuant to his notice of voluntary dismissal; and

WHEREAS, Intervenors have advised Defendants that they plan to proceed with their motion to stay despite the dismissal of this action by Plaintiff Gilbert.

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and among the undersigned counsel for the parties identified below, subject to Court approval, as follows:

The deadline for Defendants to respond to Intervenors' motion to stay shall be extended to Monday, July 7, 2025. Intervenors will file a reply on July 9, 2025, and the motion will remain noted on the calendar for July 9, 2025.

RESPECTFULLY SUBMITTED this 3rd day of July, 2025.

[Signatures on following pages]

| | | |
|---|---|---|
| 1 | | |
| 2 | /s/ *Karin B. Swope (as authorized by email)* <br> KARIN B. SWOPE | s/ *Sean C. Knowles* <br> Sean C. Knowles, WSBA No. 39893 |
| 3 | Karin B. Swope (WSBA # 24015) <br> kswope@cpmlegal.com | Joseph E. Bringman, WSBA No. 15236 <br> **Perkins Coie LLP** |
| 4 | Ellen J. Wen (WSBA # 61324) <br> ewen@cpmlegal.com | 1301 Second Avenue, Suite 4200 <br> Seattle, WA  98101-3804 |
| 5 | Jacob Alhadeff (WSBA # 62151) <br> jalhadeff@cpmlegal.com | Telephone:  206.359.8000 <br> Facsimile:  206.359.9000 |
| 6 | **COTCHETT, PITRE & McCARTHY, LLP** | E-mail:  SKnowles@perkinscoie.com <br> E-mail:  JBringman@perkinscoie.com |
| 7 | 1809 7th Avenue, Suite 1610 <br> Seattle, WA 98101 | James W. Ducayet (admitted pro hac vice) |
| 8 | Telephone: (206) 802-1272 <br> T: (206) 802-1272 | **Sidley Austin LLP** <br> One South Dearborn |
| 9 | | Chicago, IL  60603 <br> Telephone: 312.853.7000 |
| 10 | Mark Molumphy (*pro hac vice* forthcoming) <br> MMolumphy@cpmlegal.com | E-mail:  JDucayet@sidley.com |
| 11 | Tyson Redenbarger (*pro hac vice* forthcoming) <br> TRedenbarger@cpmlegal.com | Charlotte K. Newell (admitted pro hac vice) <br> **Sidley Austin LLP** |
| 12 | **COTCHETT, PITRE & McCARTHY, LLP** <br> 840 Malcolm Road, Suite 200 | 787 Seventh Avenue <br> New York, NY  10019 |
| 13 | Burlingame, CA 94010 <br> T: (650) 697-6000 | Telephone:  212.839.5300 <br> E-mail:  CNewell@sidley.com |
| 14 | | s/ *Robin E. Wechkin* |
| 15 | Christopher J. Orrico (*pro hac vice* forthcoming) <br> Christopher.Orrico@blbglaw.com | Robin E. Wechkin, WSBA No. 24756 <br> **Sidley Austin LLP** |
| 16 | Shiva Mohan (*pro hac vice* forthcoming) <br> Shiva.Mohan@blbglaw.com | 8426 316th Pl SE <br> Issaquah, WA 98027-8767 |
| 17 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP** | Telephone:  415.439.1799 <br> E-mail:  rwechkin@sidley.com |
| 18 | 1251 Avenue of the Americas <br> New York, NY 10020 | *Attorneys for Defendants Nordstrom, Inc., James L. Donald, Kirsten A. Green, Glenda |
| 19 | T: (212) 554-1556 | G. McNeal, Amie Thuener O'Toole, Guy B. Persaud, Eric D. Sprunk, Bradley D. Tilden, |
| 20 | *Attorneys for Intervenors* | Mark J. Tritton, and Atticus N. Tysen* |

STIPULATION AND ORDER TO EXTEND TIME
FOR RESPONSES TO INTERVENORS' MOTION
TO STAY
(No. C25-0568-JHC) –3

**DAVIS WRIGHT TREMAINE LLP**

<u>s/ Robert J. Maguire (as authorized by email)</u>
Robert J. Maguire, WSBA #29909
Rachel H. Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
robmaguire@dwt.com
rachelherd@dwt.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Daniel W. Halston (admitted pro hac vice)
Robert K. Smith (admitted pro hac vice)
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000
daniel.halston@wilmerhale.com
robert.smith@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Tania C. Matsuoka (admitted pro hac vice)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-230-8800
Fax: 212-230-8888
tania.matsuoka@wilmerhale.com

*Attorneys for Defendants Navy Acquisition Co. Inc., Norse Holdings, Inc., Erik B. Nordstrom, and PeterE. Nordstrom*

STIPULATION AND ORDER TO EXTEND TIME
FOR RESPONSES TO INTERVENORS' MOTION
TO STAY
(No. C25-0568-JHC) –4

**DAVIS WRIGHT TREMAINE LLP**

<u>s/ Robert J. Maguire (as authorized by email)</u>
Robert J. Maguire, WSBA #29909
Rachel H. Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
robmaguire@dwt.com
rachelherd@dwt.com

**SIMPSON THACHER & BARTLETT LLP**
Stephen P. Blake (admitted pro hac vice)
Eric C. McCaffree (admitted pro hac vice)
2475 Hanover Street
Palo Alto, CA 94304
Tel: 650-251-5000
Fax: 650-251-5002
sblake@stblaw.com
eric.mccaffree@stblaw.com

*Attorneys for Defendant El Puerto de Liverpool S.A.B. de C.V.*

## II.   ORDER

IT IS SO ORDERED. The deadline for Defendants to respond to Intervenors' motion to stay (ECF No. 99) is extended to July 7, 2025.

DATED this 3rd day of July, 2025.

_____
John H. Chun
United States District Judge