1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8
9

| | |
|---|---|
| ERIC GILBERT, | Case No. 2:25-cv-00568-JHC |
| Plaintiff, | **ORDER GRANTING AQR ARBITRAGE, LLC, METEORA SELECT TRADING OPPORTUNITIES MASTER, L.P., AND THE VLADIMIR GUSINSKY REVOCABLE TRUST'S MOTION TO STAY** |
| and | |
| AQR ARBITRAGE, LLC, METEORA SELECT TRADING OPPORTUNITIES MASTER, L.P., AND THE VLADIMIR GUSINSKY REVOCABLE TRUST, | |
| Intervenor Plaintiffs, | |
| v. | |
| NORDSTROM, INC.; NAVY ACQUISITION CO., INC.; NORSE HOLDINGS, INC.; ERIK B. NORDSTROM; PETER E. NORDSTROM; JAMES L DONALD' KIRSTEN A. GREEN; GLENDA G. MCNEAL; AMIE THUENER O'TOOLE; GUY B. PERSAUD; ERIC D. SPRUNK; BRADLEY D. TILDEN; MARK J. TRITTON; ATTICUS N. TYSEN; EL PUERTO DE LIVERPOOL S.A.B. DE C.V., | |
| Defendants. | |

ORDER GRANTING
MOTION TO STAY - 1
CASE NO. 25-cv-00568-JHC

THIS MATTER comes before the Court upon Intervenors AQR Arbitrage, LLC, Meteora Select Trading Opportunities Master, L.P., and Vladimir Gusinsky Revocable Trust's (together "Intervenors") Motion to Stay.  Dkt. # 99.

Having considered Intervenors' Motion to Stay Action, as well as all papers submitted in support and in opposition to such Motion, the rest of the file, and the governing law, the Court finds that: (1) Intervenors may suffer substantial hardship absent the stay, (2) minimal damage will result from granting the stay, and (3) a stay will promote the orderly course of justice.  The Court HEREBY ORDERS THAT Intervenors' Motion to Stay Action is GRANTED.

This limited stay is granted until the production of the privilege log and the additional books and records Nordstrom has agreed to produce pursuant to the Settlement Agreement is completed and Intervenors file a Complaint.  While the stay is in effect, the parties shall submit a joint status report at the end of each month, beginning with August 2025.

DATED this 17th day of June 2025.


John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
MOTION TO STAY - 2
CASE NO. 25-cv-00568-JHC