The Honorable John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

ERIC GILBERT,

Plaintiff,

and

AQR ARBITRAGE, LLC, METEORA SELECT TRADING OPPORTUNITIES MASTER, L.P., AND THE VLADIMIR GUSINSKY REVOCABLE TRUST,

Intervenor Plaintiffs,

v.

NORDSTROM, INC.; NAVY ACQUISITION CO., INC.; NORSE HOLDINGS, INC.; ERIK B. NORDSTROM; PETER E. NORDSTROM; JAMES L DONALD' KIRSTEN A. GREEN; GLENDA G. MCNEAL; AMIE THUENER O'TOOLE; GUY B. PERSAUD; ERIC D. SPRUNK; BRADLEY D. TILDEN; MARK J. TRITTON; ATTICUS N. TYSEN; EL PUERTO DE LIVERPOOL S.A.B. DE C.V.,

Defendants.

Case No. 2:25-cv-00568-JHC

**INTERVENOR PLAINTIFFS AND DEFENDANTS' JOINT STATUS REPORT**

**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

Pursuant to the Court's July 17, 2027 Order Granting Motion to Stay (ECF No. 108), Intervenor Plaintiffs and Defendants write to provide a joint status report to the Court that Defendant Nordstrom Inc. ("Nordstrom") has produced the privilege log and books and records pursuant to the Settlement Agreement.

Intervenor Plaintiffs filed a Verified Class Action Complaint, with the benefit of Nordstrom's production of books and records, in the Superior Court in and for King County, Washington, on August 29, 2025. Intervenor Plaintiffs do not have any objection to the closure of this matter.

DATED: August 29, 2025

Respectfully submitted:

/s/ Karin B. Swope
Karin B. Swope (WSBA # 24015)
kswope@cpmlegal.com
Andrew J. Fuller (WSBA # 63273)
afuller@cpmlegal.com
Ellen J. Wen (WSBA # 61324)
ewen@cpmlegal.com
Jacob Alhadeff (WSBA # 62151)
jalhadeff@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
T: (206) 802-1272

Mark Molumphy (*pro hac vice* forthcoming)
MMolumphy@cpmlegal.com
Tyson Redenbarger (*pro hac vice* forthcoming)
Tredenbarger@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000

Christopher J. Orrico (*pro hac vice* forthcoming)
Christopher.Orrico@blbglaw.com
Shiva Mohan (*pro hac vice* forthcoming)
Shiva.Mohan@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas

New York, NY 10020
T: (212) 554-1556

Lauren M. Cruz (*pro hac vice* forthcoming)
Lauren.Cruz@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
(310) 819-3481

*Attorneys for Intervenor Plaintiffs*

/s/ Sean C. Knowles
Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200 Seattle, WA 98101 Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKnowles@perkinscoie.com
E-mail: JBringman@perkinscoie.com

James W. Ducayet (admitted pro hac vice)
**SIDLEY AUSTIN LLP**
One South Dearborn Chicago, IL 60603
Telephone: 312.853.7000
E-mail: JDucayet@sidley.com

Charlotte K. Newell (admitted pro hac vice)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue New York, NY 10019
Telephone: 212.839.5300
E-mail: CNewell@sidley.com

/s/ Robin E. Wechkin
Robin E. Wechkin, WSBA No. 24746
**SIDLEY AUSTIN LLP**
8426 316th Pl SE
Issaquah, WA 98027
Telephone: 415.439.1799
E-mail: rwechkin@sidley.com

*Attorneys for Defendants Nordstrom, Inc., James L. Donald, Kirsten A. Green, Glenda G. McNeal, Amie Thuener O'Toole, Guy B. Persaud, Eric D. Sprunk, Bradley D. Tilden, Mark J. Tritton, and Atticus N.*

*Tysen*

s/ Robert J. Maguire
Robert J. Maguire, WSBA #29909
Rachel H. Herd, WSBA #50339
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
robmaguire@dwt.com
rachelherd@dwt.com

Daniel W. Halston, (pro hac vice)
Robert K. Smith, (pro hac vice)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000
daniel.halston@wilmerhale.com
robert.smith@wilmerhale.com

Tania C. Matsuoka, (pro hac vice)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street New York, NY 10007
Tel: 212-230-8800
Fax: 212-230-8888
tania.matsuoka@wilmerhale.com
*Attorneys for Defendants Navy Acquisition Co. Inc., Norse Holdings, Inc., Erik B. Nordstrom, Peter E. Nordstrom, and El Puerto De Liverpool S.A.B De C.V.*

Eric McCaffree (pro hac vice)
Stephen Blake (pro hac vice)
**SIMPSON THACHER & BARTLETT (CA)**
2475 Hanover Street
Palo Alto, CA 94304
Tel. 650-251-5169
eric.mccaffree@stblaw.com
sblake@stblaw.com
*Attorneys for El Puerto De Liverpool S.A.B De C.V.*

**CERTIFICATION OF COMPLIANCE WITH WORD LIMIT**

I hereby certify that this memorandum contains 93 words, excluding any caption, table of contents, table of authorities, signature blocks, and certificate of service in compliance with the Local Civil Rules.

DATED this 29th day of August, 2025.

*/s/ Karin B. Swope*
KARIN B. SWOPE

**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272